ANDREW D. FORTNEY (SBN 178699)
SHERRIE M. FLYNN (SBN 240215)
BRADLEY J. LEVANG (SBN 226922)
The Law Offices of Andrew D. Fortney, Ph.D., P.C.
215 W. Fallbrook Ave., Suite 203
Fresno, CA 93711
Telephone: (559) 432-6847
Facsimile: (559) 432-6872
Email: *andrew.fortney@fortneylaw.com*
Email: *sherrie.flynn@fortneylaw.com*
Email: *bradley.levang@fortneylaw.com*


Attorneys for Plaintiff
GOLDEN GATE TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GOLDEN GATE TECHNOLOGY, INC., a<br><br>California Corporation<br><br><br>Plaintiff,<br><br><br>vs.<br><br><br>MAGMA DESIGN AUTOMATION, INC., a<br>Delaware Corporation,<br><br><br>Defendant | Case No.: 3:11-cv-04862-YGR<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CHANGE TIME TO FILE**<br>**THE JOINT CASE MANAGEMENT**<br>**STATEMENT** |

Plaintiff Golden Gate Technology, Inc. ("Plaintiff") and Defendant Magma Design Automation, Inc. ("Defendant") hereby agree and stipulate as follows:

WHEREAS, Plaintiff served Defendant with the Summons and Complaint on or about November 28, 2011;

//

//

1

2

3    WHEREAS, this case was reassigned to the Honorable Richard Seeborg on December

4    16, 2011 (ECF No. 11) and the Court scheduled the Case Management Conference for

5    February 23, 2012 (ECF No. 12);

6    WHEREAS, Defendant's response to the Complaint is presently set for February 1,

7    2012;

8    WHEREAS, there have been two previous stipulations for extensions of time for

9    Defendant to respond to the Complaint (ECF Nos. 13 and 15);

10    WHEREAS, pursuant to the Reassignment Order (ECF No. 16), this case was

11    transferred to the Honorable Yvonne Gonzalez Rogers on January 18, 2012;

12    WHEREAS, pursuant to the Reassignment Order, all case management dates are

13    vacated and to be reset by the Court (Reassignment Order, sec. A, ¶ 6);

14    WHEREAS, the Reassignment Order further ordered the filing of a Joint Case

15    Management Conference Statement by January 27, 2012 (Reassignment Order, sec. B);

16    WHEREAS, prior to the Reassignment Order, the Joint Case Management Conference

17    Statement was due by February 16, 2012;

18    WHEREAS, prior to learning of the Reassignment Order, the parties scheduled an in-

19    person settlement discussion for January 27, 2012, and intend to conduct a good-faith

20    settlement discussion on that date;

21    WHEREAS, no trial date has yet been set in this action;

22    WHEREAS, the parties agree that rescheduling the due date for the Joint Case

23    Management Conference Statement to a date after the filing of Defendant's response and the

24    settlement discussions would allow for a more substantive Joint Case Management Conference

25    Statement;

26    WHEREAS, the parties agree that rescheduling the Joint Case Management

27    Conference Statement would lead to a more efficient use of judicial resources and orderly

28    management and scheduling of the case; and

//

//

**Stipulation and [Proposed] Order to Change**          **Case No. 3:11-cv-04862-YGR**
**Time to File the Joint Case Management Statement**

2

1

2

3    WHEREAS, the parties agree that the last day to file the Joint Case Management

4 Conference Statement shall be the later of February 16, 2012, or fourteen days prior to the date

5 of the Case Management Conference, which is to be set by the Court.

6    IT IS HEREBY STIPULATED that pursuant to Civil Local Rule 6-2 and the

7 Declaration of Bradley J. Levang that the last day to file the Joint Case Management

8 Conference Statement shall be the later of February 16, 2012, or fourteen days prior to the date

9 of the Case Management Conference, which is to be set by the Court.

10    Date: __January 20, 2012_____    Respectfully Submitted,

11                                              O'MELVENY & MEYERS LLP

12

13                                              By: __/S/ Mark E. Miller_____
                                                         MARK E. MILLER
14                                              Attorneys for Defendant
15                                              MAGMA DESIGN AUTOMATION, INC.

16

17

18    Date: __January 20, 2012_____    Respectfully Submitted,

19
                                                THE LAW OFFICES OF ANDREW D.
20                                              FORTNEY, Ph.D., P.C.

21

22                                              By: __/S/ Bradley J. Levang_____
                                                         ANDREW D. FORTNEY
23                                                       SHERRIE M. FLYNN
                                                         BRADLEY J. LEVANG
24                                              Attorneys for Plaintiff
25                                              GOLDEN GATE TECHNOLOGY, INC.

26
      *Pursuant to General Order 45, § X.B, the filer hereby attests that concurrence in the filing of*
27    *this document has been obtained from each of the other signatories.*

28
      //

---

**Stipulation and [Proposed] Order to Change**                    **Case No. 3:11-cv-04862-YGR**
**Time to File the Joint Case Management Statement**

1

2

//

3

//

4

//

5

//

6

### [PROPOSED] ORDER

7

Pursuant to the Stipulation above, the parties must file their Joint Case Management

8

Conference Statement by February 13, 2012, rather than January 27, 2012. A Case

9

Management Conference will be held on February 27, 2012.

10

**IT IS SO ORDERED.**

11

12

13

Date: January 24, 2012

_____

14

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and [Proposed] Order to Change**                    **Case No. 3:11-cv-04862-YGR**
**Time to File the Joint Case Management Statement**