# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE TECHNOLOGY, INC., <br> Plaintiff, <br> vs. <br> MAGMA DESIGN AUTOMATION, INC., <br> Defendant. | Case No.: 11-cv-04862-YGR <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING** |

On March 8, 2012, the parties filed a Stipulation and [Proposed] Order to Continue Initial Case Management Conference. (Dkt. No. 31.) Based on the parties' execution of a settlement agreement and Plaintiff's intent to dismiss this action, the Court hereby VACATES the Case Management Conference scheduled for March 12, 2012. This Order terminates Dkt. No. 31.

A compliance hearing regarding the parties' filing of a dismissal after settlement shall be held on Friday, April 13, 2012 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) file the dismissal; or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

1 | Dated: March 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**