| | |
|---|---|
| ANDREW D. FORTNEY (SBN 178699) | MARK E. MILLER (SBN 130200) |
| SHERRIE M. FLYNN (SBN 240215) | MICHAEL SAPOZNIKOW (SBN 242640) |
| BRADLEY J. LEVANG (SBN 226922) | O'Melveny & Myers LLP |
| The Law Offices of Andrew D. Fortney, Ph.D., P.C. | Two Embarcadero Center, 28th Floor |
| 215 W. Fallbrook Ave., Suite 203 | San Francisco, California 94111-3823 |
| Fresno, CA 93711 | Telephone: (415) 984-8700 |
| Telephone: (559) 432-6847 | Facsimile: (415) 984-8701 |
| Facsimile: (559) 432-6872 | Email: *markmiller@omm.com* |
| Email: *andrew.fortney@fortneylaw.com* | Email: *msapoznikow@omm.com* |
| Email: *sherrie.flynn@fortneylaw.com* | |
| Email: *bradley.levang@fortneylaw.com* | Attorneys for Defendant |
| | MAGMA DESIGN AUTOMATION, INC. |
| Attorneys for Plaintiff | |
| GOLDEN GATE TECHNOLOGY, INC. | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE TECHNOLOGY, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 11-cv-04862-YGR<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER** |

//
//
//
//

---

**Stipulated Motion for Dismissal**      **Case No. 11-cv-04862-YGR**
**with Prejudice and Proposed Order**

1   The Plaintiff, Golden Gate Technology, Inc., and Magma Design Automation LLC (formerly
2   Magma Design Automation, Inc.), pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an
3   order dismissing this action with regard to all claims brought by Plaintiff in their entirety
4   WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Date: __March 20, 2012_____

Respectfully Submitted,
O'MELVENY & MEYERS LLP


By: ___/s/ Mark E. Miller_____
            MARK E. MILLER
Attorneys for Defendant
MAGMA DESIGN AUTOMATION, INC.


Date: __March 20, 2012_____

Respectfully Submitted,

THE LAW OFFICES OF ANDREW D. FORTNEY, Ph.D., P.C.


By: ___/s/ Bradley J. Levang_____
            ANDREW D. FORTNEY
            SHERRIE M. FLYNN
            BRADLEY J. LEVANG
Attorneys for Plaintiff
GOLDEN GATE TECHNOLOGY, INC.

*Pursuant to General Order 45, § X.B, the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date: _____      _____
                                    The Honorable Yvonne Gonzalez Rogers
                                    United States District Court Judge Northern
                                    District of California

**Stipulated Motion for Dismissal**                              Case No. 11-cv-04862-YGR
**with Prejudice and Proposed Order**

2