1  ANDREW D. FORTNEY (SBN 178699)
   SHERRIE M. FLYNN (SBN 240215)
2  BRADLEY J. LEVANG (SBN 226922)
3  The Law Offices of Andrew D. Fortney, Ph.D., P.C.
4  215 W. Fallbrook Ave., Suite 203
   Fresno, CA 93711
5  Telephone: (559) 432-6847
6  Facsimile: (559) 432-6872
   Email: *andrew.fortney@fortneylaw.com*
7  Email: *sherrie.flynn@fortneylaw.com*
   Email: *bradley.levang@fortneylaw.com*
8

9  Attorneys for Plaintiff
   GOLDEN GATE TECHNOLOGY, INC.

   MARK E. MILLER (SBN 130200)
   MICHAEL SAPOZNIKOW (SBN 242640)
   O'Melveny & Myers LLP
   Two Embarcadero Center, 28th Floor
   San Francisco, California 94111-3823
   Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
   Email: *markmiller@omm.com*
   Email: *msapoznikow@omm.com*

   Attorneys for Defendant
   MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE TECHNOLOGY, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 11-cv-04862-YGR<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER** |

//
//
//
//

---

**Stipulated Motion for Dismissal**                                          **Case No. 11-cv-04862-YGR**
**with Prejudice and ~~Proposed~~ Order**

1   The Plaintiff, Golden Gate Technology, Inc., and Magma Design Automation LLC (formerly
2   Magma Design Automation, Inc.), pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an
3   order dismissing this action with regard to all claims brought by Plaintiff in their entirety
4   WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

6   Date: __March 20, 2012_____   Respectfully Submitted,
7                                        O'MELVENY & MEYERS LLP

8
9                                        By: ___/s/ Mark E. Miller_____
                                                 MARK E. MILLER
10                                       Attorneys for Defendant
                                         MAGMA DESIGN AUTOMATION, INC.
11

12                                       Respectfully Submitted,
    Date: __March 20, 2012_____
13                                       THE LAW OFFICES OF ANDREW D.
                                         FORTNEY, Ph.D., P.C.
14

15
                                         By: ___/s/ Bradley J. Levang_____
16                                               ANDREW D. FORTNEY
                                                 SHERRIE M. FLYNN
17                                               BRADLEY J. LEVANG
                                         Attorneys for Plaintiff
18                                       GOLDEN GATE TECHNOLOGY, INC.
19

20  *Pursuant to General Order 45, § X.B, the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.*

21

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24
25  Date: March 27, 2012                  _____
                                          The Honorable Yvonne Gonzalez Rogers
26                                        United States District Court Judge Northern
                                          District of California
27

28

**Stipulated Motion for Dismissal**                                    Case No. 11-cv-04862-YGR
**with Prejudice and ~~Proposed~~ Order**